UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| TAUSHA GRESHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>BARROW COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO.2:18-cv-00244-RWS-JCF |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, Senior United States District Judge, for consideration the Magistrate Judge's Report and Recommendation as to Defendants' Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the Plaintiff take nothing; that the defendant recover its costs of this action and the action be, and the same hereby, is **dismissed with prejudice.**

Dated at Gainesville, Georgia, this 28th day of August, 2020.

                JAMES N. HATTEN
                CLERK OF COURT

Prepared, Filed, and Entered    By:   s/Shane Gazaway
in the Clerk's Office             Deputy Clerk
 August 28, 2020
James N. Hatten
Clerk of Court

By:  s/Shane Gazaway
   Deputy Clerk